# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE, WASHINGTON

| | |
|---|---|
| SHARON L. ELLIOTT, as the personal representative of the Estate of GEORGE T. ELLIOTT, deceased, | Cause No.: 2:19-CV-00563 |
| | Hon. Marsha J. Pechman |
| Plaintiff, | |
| vs. | **ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS** |
| BNSF RAILWAY COMPANY, f/k/a Burlington Northern and Santa Fe Railway Company, | |
| Defendant. | |

This matter came before the Court upon Defendant's Unopposed Motion to Extend Deadline for Dispositive Motions.

IT IS SO ORDERED, that the deadline for dispositive motions is extended to March 30, 2020.

DATED this 25th day of February, 2020.

_____
Marsha J. Pechman
Senior United States District Judge