# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHARON L ELLIOT,<br><br>              Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY,<br><br>             Defendant. | CASE NO. C19-563 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court requests that Defendant respond to Plaintiff's Motion for Reconsideration. (Dkt. No. 52.) Defendant's response should be submitted within ten days of the date of this order and should not exceed seven pages.

//

//

//

The clerk is ordered to provide copies of this order to all counsel.

Dated April 2, 2020.

*Marsha J. Pechman*
Marsha J. Pechman
Senior United States District Judge

MINUTE ORDER - 2