1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON L. ELLIOT,

                          Plaintiff,

        v.

BNSF RAILWAY COMPANY,

                          Defendant.

CASE NO. C19-563 MJP

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable Marsha

J. Pechman, United States District Judge:

        Having received and reviewed the Parties' Stipulated Motion to Dismiss with Prejudice

(Dkt. No. 68), and noting the jurisdictional issues raised by Plaintiff's pending appeal to the

Ninth Circuit (Dkt. No. 65), the Court hereby STRIKES Defendant's Motion for a Bill of Costs

(Dkt. No. 62).  The Parties have also informed the Court that the Plaintiff intends to dismiss her

pending appeal.  Therefore, the Court will not rule on the Parties' Stipulated Motion to Dismiss

at this time, but instead directs the Parties to notify the Court within ten (10) days of the date of

1    this Order as to the status of Plaintiff's appeal.  If the appeal has not been dismissed at that time,

2    the Parties' Stipulated Motion to Dismiss will also be stricken.

3

4          The clerk is ordered to provide copies of this order to all counsel.

5          Filed June 3, 2020.

6
                                        William M. McCool
7                                       Clerk of Court

8                                       s/Lowell Williams
                                        Deputy Clerk
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24