# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE, WASHINGTON

| | |
|---|---|
| SHARON L. ELLIOTT, as the personal representative of the Estate of GEORGE T. ELLIOTT, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, f/k/a Burlington Northern and Santa Fe Railway Company,<br><br>Defendant. | Cause No.: 2:19-CV-00563<br><br>Hon. Marsha J. Pechman<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER coming on for dismissal on the stipulation of the parties, it is

ORDERED that the above-entitled action and complaint be dismissed with prejudice, with each party to pay her or its own costs and attorney's fees.

DATED this 8th day of June, 2020.

_____
Hon. Marsha J. Pechman
SENIOR UNITED STATES DISTRICT JUDGE

1